

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| WILLIE MARK BATTLE, | § | No. 08-20-00121-CV |
| Appellant, | § | Appeal from the |
| v. | § | 388th District Court |
| RACHEL DOMINIQUE BATTLE, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2018DCM1569) |
| | § | |

# **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant and his sureties, if any, *see* TEX. R. APP. P. 43.5, on the judgment and all costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 16TH DAY OF NOVEMBER, 2021.


GINA M. PALAFOX, Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.